**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1593**

_____

WARREN A. TAYLOR,

Plaintiff - Appellant,

versus

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-04-635-PJM)

_____

Submitted: September 30, 2005          Decided: October 21, 2005

_____

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Warren A. Taylor, Appellant Pro Se. John Walter Sippel, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren A. Taylor appeals the district court's orders adopting the magistrate judge's report and recommendation to affirm the Commissioner's denial of disability insurance benefits and denying reconsideration thereof. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and find no reversible error or abuse of discretion. Accordingly, we affirm both orders on the reasoning of the district court. See Taylor v. Comm'r of Soc. Sec., No. CA-04-635-PJM (D. Md. Mar. 15, 2005 & May 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED